PEOPLE v. HASSAN *et al.*

*(Common Pleas of New York City and County, General Term.   December 5, 1892.)*

BAIL—RELIEF FROM FORFEITURE.

Where the principal is surrendered by his bail after forfeiture, and is tried, convicted, and pending an appeal from the conviction the bail applies for relief, it must be shown that no loss to the state occurred by the failure to produce the prisoner.

Application by James Hassan and Joseph Finnerty for relief from a forfeited recognizance. Denied.

Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.

*Jos. H. Stiner*, for petitioner. *De Lancy & Nicoll*, for the People.

DALY, C. J.   The principal was surrendered by his bail, after forfeiture, and has been tried and convicted, but has appealed, and is out on bail pending the hearing of such appeal.   Under such circumstances, we must have proof that the p·ople have lost no rights by the failure to originally produce the prisoner ·for trial.   The appeal may be upon questions of fact, and we must know that there was no lack of evidence through the delay caused by.the ·default.   There is not even the ordinary certificate of the district attorney to that effect, much less the proofs required in *People* v. *Carey*, 5 Daly, 533, to which we refer the petitioner's counsel.   Application denied, with leave to renew upon further proofs.